IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nunziato, Ronald A  
Hohm, Shelley S  
Printed: 11/13/07

Case Number: 07 B 03341  
Judge: Wedoff, Eugene R  
Filed: 2/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: July 19, 2007  
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,643.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,554.28 |
| Trustee Fee: |  | 88.72 |
| Other Funds: |  | 0.00 |
| Totals: | 1,643.00 | 1,643.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,514.00 | 1,554.28 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | American Chartered Bank | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 5. | Home Loan Services | Secured | 41,000.00 | 0.00 |
| 6. | Projectline | Unsecured | 128.60 | 0.00 |
| 7. | Capital One | Unsecured | 0.00 | 0.00 |
| 8. | Capital One | Unsecured | 0.00 | 0.00 |
| 9. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 192.81 | 0.00 |
| 10. | Capital One | Unsecured | 0.00 | 0.00 |
| 11. | Capital One | Unsecured | 0.00 | 0.00 |
| 12. | The Bureau Inc | Unsecured | 25.03 | 0.00 |
| 13. | Jaguar Credit Corporation | Unsecured | 1,575.15 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 2,107.57 | 0.00 |
| 15. | Federated Retail Holdings Inc | Unsecured | 67.39 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,603.82 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 1,258.06 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 199.31 | 0.00 |
| 19. | Capital One | Unsecured | 0.00 | 0.00 |
| 20. | Capital One | Unsecured | 0.00 | 0.00 |
| 21. | Talbots | Unsecured | 132.28 | 0.00 |
| 22. | Tri State Adjustment | Unsecured | 49.00 | 0.00 |
| 23. | Resurgent Capital Services | Unsecured | 314.59 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 363.85 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 74.94 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nunziato, Ronald A | | Case Number: 07 B 03341 |
|---|---|---|---|
| | Hohm, Shelley S | | Judge: Wedoff, Eugene R |
| | Printed: 11/13/07 | | Filed: 2/26/07 |

| | | | | |
|---|---|---|---:|---:|
| 26. | Jaguar Credit Corporation | Unsecured | 324.80 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 1,678.72 | 0.00 |
| 28. | Target National Bank | Unsecured | 0.00 | 0.00 |
| 29. | Premier Bankcard | Unsecured | 41.68 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 122.33 | 0.00 |
| 31. | RoundUp Funding LLC | Unsecured | 169.76 | 0.00 |
| 32. | RoundUp Funding LLC | Unsecured | 1,053.19 | 0.00 |
| 33. | ECast Settlement Corp | Unsecured | 67.95 | 0.00 |
| 34. | RoundUp Funding LLC | Unsecured | 574.66 | 0.00 |
| 35. | Nicor Gas | Unsecured | 20.31 | 0.00 |
| 36. | Deutsche Bank National | Secured | | No Claim Filed |
| 37. | DaimlerChrysler Servs North America | Secured | | No Claim Filed |
| 38. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 39. | Capital One | Unsecured | | No Claim Filed |
| 40. | American Express | Unsecured | | No Claim Filed |
| 41. | Capital One | Unsecured | | No Claim Filed |
| 42. | GEMB | Unsecured | | No Claim Filed |
| 43. | Riverside Medical Center | Unsecured | | No Claim Filed |
| 44. | New Century Mortgage | Unsecured | | No Claim Filed |
| 45. | Target | Unsecured | | No Claim Filed |
| 46. | Wilshire Credit Corp | Unsecured | | No Claim Filed |
| 47. | Circuit Court of Cook County | Unsecured | | No Claim Filed |
| 48. | UNVL/CITI | Unsecured | | No Claim Filed |
| 49. | GEMB | Unsecured | | No Claim Filed |
| 50. | Hsbc Nv | Unsecured | | No Claim Filed |

$ 55,659.80   $ 1,554.28

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|:---:|:---:|
| 5.4% | 88.72 |

$ 88.72

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_